IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JAN -6 AM 10: 0

DEPUTY CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 3-14CR 003-N |
| v. | § § | Criminal No. |
| TRENT GEORGE | § § | |

## WAIVER OF INDICTMENT

I, Trent George, the above-named defendant, have been informed that I am being accused of Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds, in violation of Title 18, United States Code, Section 371 (18 U.S.C. § 666(a)(1)(A)). Having been advised of the nature of the charge and the proposed felony information, I understand the following:

1. I have the right to have my case presented to a Federal Grand Jury.

2. The Grand Jury must consist of citizens of the Northern District of Texas, and the Grand Jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of an indictment before such an indictment is returned or "true billed."

3. I may waive or give up my right to have my case presented to the Grand Jury.

4. I have discussed the right to waive or give up having my case presented to the Grand Jury with my lawyer and my lawyer has fully explained the consequences of waiving this right.

After consultation with counsel, I hereby voluntarily, knowingly and intelligently waive now and agree to later waive in open court my right to have my case presented to a Federal Grand Jury and consent that the prosecution may proceed by information rather than by indictment.

Signed this the 6th day of January, ~~2013~~ 2014

_____
TRENT GEORGE
Defendant

_____
CAMILLE KNIGHT
Attorney for Defendant

Waiver of Indictment - Page 2